**Order filed September 24, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00778-CV

———————

**THE LANDING COMMUNITY IMPROVEMENT ASSOCIATION, Appellant**

**V.**

**PAUL T. YOUNG, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-0293**

---

## ORDER

This is an appeal from a judgment signed June 18, 2015. A related case is pending in the Court of Appeals for the First District of Texas under cause number 01-15-00500-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-15-00778-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM